IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN WAYNE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL CLARK, DEREK** | : | |
| **OBERLANDER, JAMIE SORBER,** | : | **NO. 21-4209** |
| **JOHN WETZEL, GEORGE LITTLE,** | : | |
| **TABB BICKELL, and LEE ESTOCK** | : | |

### ORDER

**NOW**, this 29th day of December, 2022, upon consideration of Commonwealth Defendants' Motion to Dismiss (Doc. No. 37), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks to dismiss Counts I and II of the Amended Complaint against defendants Michael Clark, Derek Oberlander, Jamie Sorber and Lee Estock, it is **GRANTED**.

2. All claims against defendants Michael Clark, Derek Oberlander, Jamie Sorber and Lee Estock are **DISMISSED**.

3. To the extent the motion seeks to dismiss Counts I and II of the Amended Complaint against defendants John Wetzel, George Little and Tabb Bickell, it is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.