## "The Financial Blessing Letter"

Greetings,

This is not a chain letter—It ask for no money, only your participation. This letter has been sent to you because someone wants you to receive a financial blessing: you will receive your financial blessing within four days of receiving this letter, provided that you pass it on. God is asking you to help by blessing others.

This is not a joke!!! Do not keep or discard this letter. It must leave your hands within 96 hours (four days). Send no money, fate has no price. Fear not, you will be blessed beyond your wildest dreams!!!

A United States Air Force Officer received $470,000.00 after he mailed 20 copies. John Elliott received over $40,000.00 but lost it because he broke the sequence. While in the Philippines, Gene Welsh lost his wife 51 days after receiving this letter, because he failed to circulate it. After circulating his copy he received $7,500.00.

Make 20 copies of this letter and mail them out. Who knows what blessings fate has in store for your future!

See what happens in only four days! You will get a surprise, even if you don't believe in blessings. Mail it to people that send offers to you. If you're bilingual, type it in another language and send it to another country.

Whatever you do, don't do any of the following—Constantine Diaz asked his secretary to make 20 copies and mail them out...a few days later his secretary won the state lottery for over $2,000,000. Carlos Daddit, an office employee received this letter but forgot it had to leave his hand within 96 hours. He lost his job—later after finding the letter he mailed 20 copies. A few days later he got a better job.

A young woman in California received this letter, faded out and barely readable. She promised herself she would re-type it, make 20 copies and mail them out. But she set the project aside to do later. Soon after that she was plagued with various problems, including expensive care repairs. She finally retyped it as she had promised herself and received the ability to buy a brand New car!!!

I don't know what your personal beliefs are, but I believe in blessings from God through Jesus Christ Our Lord!

Remember, send no money, do not sign the letter. It works!!!



US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.64
03/11/2024 ZIP 19426
043M31248366

U.S. District Court
Eastern District of Pa.
U.S. Courthouse
601 Market St.
Phila. Pa. 19106

RECEIVED
MAR 13 2024
U.S.
X-RAY

Smart Communications/PADOC
SCI- Phoenix
Name John Wayne
Number CU9820
PO Box 33028
St Petersburg FL 33733