# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN WAYNE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **JOHN E. WETZEL, GEORGE LITTLE,** | : | |
| Secretary, Pennsylvania Department | : | |
| of Corrections, **TABB BICKELL,** | : | |
| Executive Deputy Secretary for | : | |
| Institutional Operations, Pennsylvania | : | |
| Department of Corrections | : | **NO. 21-4209** |

## ORDER

**NOW**, this 7th day of August, 2024, upon consideration of the Commonwealth Defendants' Motion for Summary Judgment (Doc. No. 74), the plaintiff's response, and the defendants' reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** that judgment is **ENTERED** in favor of the defendants John E. Wetzel, George Little, Tabb Bickell, Laurel Harry, and Tammy Ferguson, and against the plaintiff John Wayne.

_____
TIMOTHY J. SAVAGE, J.